# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT LEE PAYNE, III**                                        **PLAINTIFF**

V.                  No.  4:22-cv-00805-BRW-JTK

**LANGLEY, ET AL.**                                                **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 35) from Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommendation in all respects.

Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 25) is GRANTED. This case is CLOSED.

IT IS SO ORDERED this 5th day of October, 2023.

                                                                BILLY ROY WILSON
                                            UNITED STATES DISTRICT JUDGE